# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | Case No. 3:12-po-101 |
| : | |
| -vs- : | |
| : | Magistrate Judge Sharon L. Ovington |
| RYAN T. BOND, : | |
| : | |
| Defendant. | |

## DISMISSAL ORDER

The Government's oral recommendation to the Court that Defendant be permitted to forfeit collateral in the amount of $120.00 on Count 1 and that Count 2 be DISMISSED is GRANTED. The above captioned case is hereby dismissed.

December 13, 2012                                                                 s/Sharon L. Ovington
                                                                                          Sharon L. Ovington
                                                                                          United States Magistrate Judge